UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**STEVEN QUEEN,**  CASE NO.  **1:12-cv-193**

  Plaintiff,  **Judge Timothy S. Black**

  **-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

  Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANITAL EVIDENCE,** and **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: April 18, 2013                                                         **JOHN P. HEHMAN, CLERK**

                                                                                      By: _s/ M. Rogers_
                                                                                      Deputy Clerk